IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETEN, INC., *et al.*, § | |
| § | |
| Movants, § | |
| § | |
| v. § | MISC. ACTION NO. H-10-0143 |
| § | |
| OFFICE OF THE INSPECTOR GENERAL, § | |
| NATIONAL SCIENCE FOUNDATION, § | |
| § | |
| Respondent. § | |

**ORDER**

After hearing testimony in this matter on June 16, 2010, the following orders are entered:

(1) the motions to quash the subpoenas issued by the Inspector General (IG) of the National Science Foundation (NSF) (Docket Entry Nos. 1, 2) are denied;

(2) movants, as well as their agents and assignees, are directed to preserve the documents made the subject of the subpoena until they are delivered to the IG; and,

(3) movants are directed to deliver the documents made the subject of the subpoena to the Office of the NSF IG at 4201 Wilson Boulevard, Suite II-705, Arlington, Virginia 22230, in electronic form if possible at jspringm@nsf.gov, no later than close of business on Monday, July 18, 2010.

The documents sought are those related to any products that are in any way connected or related to the three NSF grants at issue, No. DUE-9950071, No. DUE-0202400, and No. DUE-

0532652, including but not limited to products paid for by those grants or related to the objectives of those grants, or programs or conferences related to those grants.

SIGNED on June 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge